United States District Court
Central District of California



**UNITED STATES OF AMERICA v.**   Docket No. CR 00-740 (A) CBM
**Defendant** RAUL BAROCIO-MENDOZA   SOCIAL SECURITY NUMBER: 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
  Aka(s): Raul Barocio; Raul Baroso; Raul Mendoza Boracio; Gustavo Barron; Raul Mendoza

**Mailing Address:** Central Detention Center
            630 E. Rialto Ave.
            San Bernardino, California 92408

---

### JUDGMENT AND PROBATION/COMMITMENT ORDER

---

In the presence of the attorney for the government, the defendant appeared in person, on January 29, 2001.

**COUNSEL:**   _XX_ WITH COUNSEL Humberto Diaz, DFPD

(Name of Counsel)

**PLEA:**   _X_ GUILTY, and the Court being satisfied that there is a factual basis for the plea.   ___ NOLO CONTENDERE   ___ NOT GUILTY

**FINDING:**   The defendant has been convicted as charged of the offense(s) of: Illegal Alien Found in the United States Following Deportation (Single Count First Superseding Indictment), a Class C Felony, in violation of 8 USC 1326

**JUDGMENT AND PROBATION/COMMITMENT ORDER:**
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court the defendant is hereby committed to the custody of the Bureau of Prisons for a period of Fifty Seven (57) Months.
Upon release from imprisonment, the defendant shall be placed on supervised release for a term of Three (3) Years under the following terms and conditions: 1. the defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318; 2. the defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, using alcohol, and abusing prescription medications during the period of supervision; 3. the defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS), and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. The defendant is not required to report to the Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the U. S. Probation Office, located at: United States Court House, 312 N. Spring St., Room 600, Los Angeles, California 90012; 4. The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name, without the prior written approval of the Probation Officer; further, the defendant shall not use, for any purpose or in any manner, any name other than his true legal name.

CR00-740(A) CBM USA v Raul Barocio-Mendoza

Page 2 Judgment and Commitment

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately.

THE COURT RECOMMENDS that the defendant be afforded the opportunity to participate in a drug rehabilitation program while incarcerated and that the defendant be designated to an institution in the Southern California area.

It is further ordered that the defendant advise the 9th Circuit Court of Appeals of his current address.

The defendant was advised of his right to appeal.

It is ordered that the Clerk deliver a certified copy of this Judgment Order to the U. S. Marshal or other qualified officer.

Signed/Filed: January 29, 2001
Sherri R. Carter, Clerk

by _____
Joseph M. Levario
Deputy Clerk

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE